# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERT HOLLINS, | ) | 1:09-cv-00112 OWW GSA |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS |
| | ) | AND RECOMMENDATIONS |
| v. | ) | |
| | ) | (Document 3) |
| PACIFIC GAS & ELECTRIC COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Gilbert Hollins is proceeding pro se and in forma pauperis in this civil rights action filed on January 20, 2009.

On February 5, 2009, the Magistrate Judge issued Findings and Recommendations that the action be DISMISSED without leave to amend for Plaintiff's failure to state a cause of action upon which relief may be granted. The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days. No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated February 5, 2009, are ADOPTED IN FULL; and

2. The action be DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   March 16, 2009**               /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE